OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S W
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

ATLANTA METRO GA
27 AUG 2018 PM 9 L

U.S. POSTAGE PITNEY BOWES
ZIP 30303
02 1W   $ 000.68
0001383857 AUG 27 2018

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 10 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Three Peas in a Pod Produce, LLC
C/O Lucinda Dempsey, Cindy De[...]
4450 Atlanta Hwy
Loganville, GA 30052

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 30303336199      *0491-02412-27-45